ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EDWARD NOREM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-00145-CSK<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct the Administrative Law Judge to obtain supplemental vocational evidence and make a new Step 5 finding in accordance with Social Security Ruling 24-3p. The Administrative Law Judge will further develop the record, as needed, and issue a new decision on the issue of disability through the date last insured.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,


Dated: June 23, 2026                    GERRARD LAW PC

                              By:    */s/ Lillian J. Lee for\**
                                     JOSEPHINE M. GERRARD
                                     Attorneys for Plaintiff
                                     [*As authorized by e-mail on June 22, 2026]


Dated: June 25, 2026                    ERIC GRANT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Head of Program Litigation 1
                                     Social Security Administration

                              By:    */s/ Lillian J. Lee*
                                     LILLIAN J. LEE
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.


Dated:  June 25, 2026

                                     _____
                                     CHI SOO KIM
                                     UNITED STATES MAGISTRATE JUDGE