Josephine M. Gerrard (CBN 303221)
Gerrard Law OPC
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Christopher Edward Norem

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER EDWARD NOREM,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant

Case No. 2:26-cv-00145-CSK

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), the Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $10,405.00.

**IT IS SO ORDERED.**

Dated October 6, 2026

Hon. Chi Soo Kim
United States Magistrate Judge

7, nore.0145.stip.eaja